```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

CATHY GAITHER,                        )
              Plaintiff,              )
                                      )      Case No.
         vs.                          )      2:11cv00597-MMD-CWH
                                      )
CHASE MORTGAGE SERVICES,              )      ORDER
              Defendant.              )
                                      )
```

On August 24, 2012, this Court received a request from Ellen Ford, Official Court Reporter, for a transcript of the **sealed** Hearing Regarding: **Settlement Conference**, held on **May 29, 2012.**

IT IS THEREFORE ORDERED that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by **Kent Larsen, Smith Larsen & Wixom.** The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. §753(b), until further order of this Court.

IT IS FURTHER ORDERED that Ellen Ford, Federal Official Court Reporter, shall not disclose the contents of the transcript of the **sealed** proceeding to anyone other than the parties or representatives of the parties directly concerned with this case.

DATED this 24th day of August, 2012.

_____
Carl W. Hoffman
United States Magistrate Judge

ELLEN L. FORD - (702) 366-0635