Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Defendants
JPMorgan Chase Bank, N.A.,
as acquirer of certain assets and liabilities of
Washington Mutual Bank from the Federal
Deposit Insurance Corporation, acting as receiver,
and California Reconveyance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATHY GAITHER, | CASE NO.   2:11-cv-00597-MMD-CWH |
| Plaintiff, | |
| v. | |
| CHASE MORTGAGE SERVICES; CALIFORNIA RECONVEYANCE CO.; FEDERAL NATIONAL MORTGAGE ASSN; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and Doe Defendants 1-10; Roe Corporations, inclusive, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Defendants JPMorgan Chase Bank, N.A., as an acquirer of certain assets and liabilities of Washington Mutual Bank, FA from the FDIC, acting as receiver, and California Reconveyance Company (collectively, "Defendants"), and Plaintiff Cathy Gaither (through her sole heirs, Heather Young and Joshua David Moses) ("Plaintiff"), by and through their respective counsel,

hereby stipulate and agree as follows:

1. The within Complaint shall be dismissed with prejudice as against Defendants, with the parties to bear their own attorneys' fees and costs of suit.

2. Plaintiff voluntarily dismisses any additional named defendants herein, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. Inasmuch as this action is being dismissed as against all named defendants, it shall be deemed CLOSED, and the pending status hearing currently set for February 11, 2013 is hereby vacated.

3. Nothing in this Order, or the relief granted herein, shall be construed or deemed to alter, affect, limit, waive, or restrict the rights of the parties (or any of their affiliates, predecessors, successors, and assigns) relating to the subject property and/or any mortgage, security interest, or foreclosure relating to the subject property.

DATED this 12 day of February, 2013.

SMITH LARSEN & WIXOM

/s/ 
Kent F. Larsen, Esq.
Nevada Bar No. 3963
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendants
JPMorgan Chase Bank, N.A., as an acquirer of certain assets and liabilities of Washington Mutual Bank, FA from the FDIC, acting as receiver; and California Reconveyance Company

DATED this 12 day of February, 2013.

PYATT SILVESTRI

/s/
Christopher M. Keller, Esq.
Nevada Bar No. 7399
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: February 13, 2013

2